# cerasia law llc
#### employment lawyers

Alison L. Tomasco
646.525.4234
alison@cdemploymentlaw.com

May 21, 2025



**BY ECF**

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

    Re:    <u>Gaines v. Vucic Consulting, Inc., et ano</u>, 25-CV-01911(KPF)

Dear Judge Failla:

    This firm represents defendant Vucic Consulting, Inc. in the above-referenced case. With consent from plaintiff Tiffany Gaines' attorney and defendant Charter Communications, Inc.'s attorney, we respectfully submit this letter requesting that the Court adjourn the May 28, 2025 pre-motion conference in connection with the defendants' anticipated motions to compel arbitration. The parties have agreed to arbitrate plaintiff's claims and are filing herewith a Stipulation to Arbitrate Claims and Order Staying the Litigation.

    The parties thank Your Honor for her attention to this request, and the attorneys are available to provide any additional information to Your Honor.

                                           Respectfully submitted,

                                           CERASIA LAW LLC

                                           *Alison Tomasco*

                                           Alison L. Tomasco

cc:    All Counsel of Record (By ECF)

One Liberty Plaza | 165 Broadway, 23rd Floor | New York, New York 10006 | 646.525.4235
101 Eisenhower Parkway, Suite 300 | Roseland, New Jersey 07068 | 973.786.1368

www.cdemploymentlaw.com

Application GRANTED. The conference scheduled for May 28, 2025, is ADJOURNED *sine die*.

The Clerk of Court is directed to terminate the pending motion at docket entry 22.

Dated:    May 21, 2025        SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE